AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 21 U.S.C. § 843(b) - Illegal Use of a Communications Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Up to 4 years imprisonment
Maximum $250,000 fine
Up to 1 year supervised release
$100 mandatory special assessment
Denial of federal benefits, forfeiture, restitution, deportation

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ EDUARDO ENRIQUE SALAZAR

DISTRICT COURT NUMBER
18-CR-00251-02 WHO

FILED
NOV -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ross Weingarten

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-00251-02 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 21 U.S.C. § 843(b) – Illegal Use of a Communications Facility |
| EDUARDO ENRIQUE SALAZAR, | ) |
| Defendant. | ) |

SUPERSEDING INFORMATION

The United States Attorney charges:

On or about May 28, 2018, in the Northern District of California and elsewhere, the defendant,

EDUARDO ENRIQUE SALAZAR,

did knowingly and intentionally use a communication facility in committing, causing, and facilitating the distribution and possession with the intent to distribute heroin, a Schedule II controlled substance,

//
//
//
//
//
//

1 | in violation of Title 21, United States Code, Section 843(b).

4 | DATED: November 5, 2019

DAVID L. ANDERSON
United States Attorney

ROSS WEINGARTEN
Assistant United States Attorney

SUPERSEDING INFORMATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. EDUARDO ENRIQUE SALAZAR

**CASE NUMBER:** CR 18-CR-00251-2 WHO

**Is This Case Under Seal?** Yes ☐ No ✓

**Total Number of Defendants:** 1 ✓  2-7 ☐  8 or more ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes ☐ No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓  OAK ☐  SJ ☐

**Is this a potential high-cost case?** Yes ☐ No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes ☐ No ✓

**Is this a RICO Act gang case?** Yes ☐ No ✓

**Assigned AUSA (Lead Attorney):** Ross Weingarten

**Date Submitted:** 11/5/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM | SAVE PDF